UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MIDWEST BANK NOTE COMPANY, INC.,

      v.                                        ORDER
                                                10-CV-215

PACIFIC BANCNOTE COMPANY,LLC.,

                        Defendant.

---

        This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A).  On June 9, 2011 plaintiffs  filed a motion for sanctions and default judgment.  On December 7, 2011, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that plaintiff's motion for sanctions and entry of default be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiffs' motion for sanctions and default judgment is granted.

        The case is referred back to Magistrate Judge Schroeder for further proceedings.

SO ORDERED.


*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

DATED: February 17, 2012